# EXHIBIT 1

# BELDA SHIPPING S.A.

DATE:     26/03/2015

MESSRS
TADEMA SHIPPING & LOGISTICS

## FINAL HIRE STATEMENT

| INVOICE NR | CHARTERERS | MT | DELIVERY | |
|---|---|---|---|---|
| | TADEMA SHIPPING & LOGISTICS | ALBA | OFF LOME 04 NOV 2014 | 09:54 UTC |

```
M/T:         ALBA
CHRS :       TADEMA              T/C PERIOD : MIN 10 DAYS MIN
CP :         29/10/2014          CARGO :  CLEAN PETROLEUM PRODUCTS
                                 DATE         TIME
DELIVERY:    OFF LOME            04/11/2014   09.54    UTC
RE-DELIVERY: OFF LAGOS           03/02/2015   20:24    UTC
                                 TOTAL PERIOD                 91.43750       DAYS
                                                              US$            US$
T/C HIRE                US$     19,000.00  PER DAY                           1,737,312.50
ADDRESS COMMISION 2.5%                                        43,432.81
BUNKERS ON DELIVERY              PRICE $    QUANTITY
IFO                              0.00       0.000                                    0.00
MDO                              0.00       0.000                                    0.00

ESTIMATED BUNKERS ON REDELIVERY  PRICE $    QUANTITY
IFO                              0.00       0.000             0.00

MDO                              0.00       0.000             0.00

EWRI

HIRE PAYMENTS           PAYM.DATE            AMOUNT
FIRST REMITTANCE        14/11/2014    US$   185,210.00        185,240.00
SECOND REMITTANCE       08/01/2015    US$   185,250.00        185,250.00
THIRD REMITTANCE        30/01/2015    US$   799,990.00        799,990.00



                                                              1,213,912.81   1,737,312.50
                                 DUE TO OWNERS                523,399.69
                                                              1,737,312.50   1,737,312.50
```

Please confirm payment as per c/p to Owners Bank account as follow:
BENEFICIARY BANK: PIRAEUS BANK S.A.
 SHIPPING BRANCH PIRAEUS
SWIFT ADDRESS:    PIRBGRAAXXX

ADDRESS : 91, AKTI MIAOULI STR.
18538 PIRAEUS, GREECE
CORRESPONDING BANK IN USD:
         BANK OF NEW YORK MELLON
SWIFT ADDRESS: IRVTUS3NXXX

BENEFICIARY: BELDA SHIPPING S.A.
ACCOUNT NR: 6774114179652
 IBAN NR:    GR4601717740006774114179652
REF : ALBA / TADEMA CP 29/10/14