IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BELDA SHIPPING S.A., <br><br> Plaintiff, <br><br> v. <br><br> TADEMA SHIPPING AND LOGISTIC INC., et al., <br><br> Defendants and Garnishees. | CASE NO. 1:16-cv-00463 LPS <br><br> **IN ADMIRALTY** |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Michael E. Unger to represent Plaintiff Belda Shipping, S.A. in this matter.

YOUNG CONAWAY STARGATT & TAYLOR LLP

*/s/ Jennifer M. Kinkus*

Timothy Jay Houseal (Del. Bar ID No. 2880)
Jennifer M. Kinkus (Del. Bar ID No. 4289)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6682
thouseal@ycst.com
*Attorneys for Plaintiff Belda Shipping, S.A.*

Dated: July 13, 2016

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

    Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of New York, New Jersey and Connecticut and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment  X  will be submitted to the Clerk's Office upon the filing of this motion.

Signed: _____
Michael E. Unger
Freehill Hogan & Mahar LLP
80 Pine Street, 25th Floor
New York, NY 10005
Telephone: (212) 425-1900
E-mail: unger@freehill.com

Dated: July 13, 2016