IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BELDA SHIPPING S.A., <br><br> Plaintiff, <br><br> v. <br><br> TADEMA SHIPPING AND LOGISTICS INC., et al., <br><br> Defendants and Garnishees. | Civil Action No. 16-cv-00463-LPS <br><br> **IN ADMIRALTY** |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Belda Shipping S.A., having settled the above-captioned action, hereby dismisses this action with prejudice with each party to bear their own costs and attorneys' fees.

*Admitted Pro Hac Vice*:

Michael E. Unger
Michael J. Dehart
FREEHILL HOGAN & MAHAR LLP
80 Pine Street
New York, N.Y. 10005
Telephone: 212-425-1900
E-mail: unger@freehill.com

Dated: February 22, 2017

YOUNG CONAWAY STARGATT & TAYLOR LLP

_____
Timothy Jay Houseal (Del. Bar ID No. 2880)
William E. Gamgort (Del. Bar ID No. 5011)
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6682
E-mail: thouseal@ycst.com

*Attorneys for Plaintiff Belda Shipping S.A.*

01:21599442.1